Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Carlos I. Salazar
Debtor

                    Case No.: 06–13227–NLW
                    Chapter 7

Janice C. Mensah
Plaintiff

v.

Carlos I. Salazar
Defendant

Adv. Proc. No. 07–01755–NLW                    Judge: Novalyn L. Winfield

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on March 7, 2008, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 26 – 12
Opinion Filed (related document:[12] Motion re: For Adversary Complaint Amendment filed by Plaintiff Janice C. Mensah).. The following parties were served: Plaintiff, Defendant, Defendant's Attorney. Signed on 3/7/2008 (dlr,)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 7, 2008
JJW: dlr

                                                          James J. Waldron
                                                          Clerk